# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GENERAL HEALTHCARE RESOURCES, LLC,** *Plaintiff,* | : CIVIL ACTION : : : |
| v. | : No. 19-624 |
| **OCCUVAX, LLC,** *Defendant.* | : : : |

## ORDER

**AND NOW**, this **29th** day of **July 2019**, upon consideration of Plaintiff's Motion to Dismiss Counts II and III of the Counterclaim Pursuant to F.R.C.P. [sic] 12(b)(6) (ECF No. 18), Defendant's Response thereto (ECF No. 22), and Plaintiff's Reply (ECF No. 23) and in accordance with the Court's accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Dismiss (ECF No. 18) is **GRANTED**. Plaintiff must file an answer to Count I of Defendant's Counterclaim on or before August 13, 2019.

**BY THE COURT:**

_____
**CHAD F. KENNEY, JUDGE**